RONALD OTTAVIANO
15 TIMBERLINE DRIVE
LITTL EGG HARBOR, NJ 08087
February 14, 2011

Hon. William J. Martini
United States District Court Judge
Martin Luther King, Jr., Fed. Bldg.
50 Walnut Street
Newark, New Jersey 07102

*Cr 10-485-01*

RE: Request for Bail Modification

Dear Judge Martini:

As of this date I have been released from the county jail for more than three months, and in that time I have been present at all hearings and have complied with all mandates of pre-trial services. And believe I have shown that I am interested in this trial and I am not a flight risk.

I previously asked for release to seek employment and you granted such, and I thank you for that, but the order was for stationary employment, which is not conducive with my experience and jobs that are available to me. Other than doing the BIC program and Pure Trusts my forty year work experience is in direct sales, this would require appointments with prospective customers going from location to location; my experience has been in Advertising Sales, Insurance, Home Improvements, and the like.

In addition, I am living in New Jersey as you so ordered, I have a property in Delaware that we have vacated and it is at risk for vandals and robbers because it is evident that it has not been occupied for some time, also the electric has been cut off there and I am afraid of damage like frozen pipes with the weather we have been experiencing.

We need to secure the property and make sure it stays in proper condition even if it may end up being for the government.

I am requesting to be released from the monitor totally and allowed to be on the same bail conditions as all of the other co-defendants; I believe I have proven that I deserve such, and that I am no more a flight risk than any of the others.

When the trial starts I can still come back to the New Jersey home to be within a shorter distance of the court.

I see no reason at this point that my bail arrangement should be different than any of my co-defendants charged with the same alleged crimes.

I pray that you will see the good in this for both sides.


Very truly yours,

*[signature]*

Ronald Ottaviano, pro se